# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

### CASE NO. 21-80046-CR-CANNON

**UNITED STATES OF AMERICA**,

     Plaintiff,

v.

**PEDRO HERNANDEZ LOPEZ**,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 31].  On August 4, 2021, Magistrate Judge Reinhart held a Change of Plea hearing during which Defendant pled guilty to Count One of the Indictment pursuant to a written plea agreement and factual proffer [ECF No. 28].  Magistrate Judge Reinhart thereafter issued a Report and Recommendation on Change of Plea [ECF No. 31].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 31] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Pedro Hernandez Lopez as to Count One of the Indictment is **ACCEPTED**;

3. Defendant Pedro Hernandez Lopez is adjudicated guilty of Count One of the Indictment.  Count One charges Defendant with conspiracy to possess with the intent

CASE NO. 21-80046-CR-CANNON

to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846 [ECF No. 15].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 1st day of September 2021.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record